# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Wellesley K. Clayton**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00245-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Ocwen Loan Servicing, LLC | ) | |
| Bank of New York Mellon Trust Company N.A. | | |
| Satterfield Legal PLLC**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2017 Order.

September 22, 2017

_____
Frank G. Johns, Clerk
United States District Court